UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FERNANDO PENA,<br><br>                 Plaintiff,<br><br>vs.<br><br>CORIZON and SCOTT LOSSMAN,<br><br>                 Defendants. | Case No. 1:11-cv-00366-BLW<br><br>**JUDGMENT** |

      In accordance with the Memorandum Decision and Order entered concurrently herewith,

      **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be entered in favor of defendants, and that this case be dismissed in its entirety.

DATED: March 9, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1